JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANGELA MAESTAS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; CHIPOTLE SERVICES, LLC, a Colorado limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-2520 JVS (SPx)<br><br>[Assigned to the Honorable James V. Selna, Santa Ana Courtroom 10C]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint Filed: December 19, 2017<br>Trial Date: May 14, 2019 |

{03138720 / 1}

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having considered the Stipulation to Dismiss Case with Prejudice, and |
| 3 | good cause appearing, hereby ORDERS THAT: |
| 4 | 1. This case as to all defendants and all causes of action is dismissed with |
| 5 | prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1); |
| 6 | 2. Each party is to bear its own attorneys' fees and costs; and |
| 7 | 3. All future hearings are taken off calendar. |
| 8 | **IT IS SO ORDERED.** |

Date: November 08, 2018

_____
Hon. James V. Selna
United States District Court